USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

- against -

JASON JADIDIAN,

          Defendant.

**ORDER**

08 Civ. 08079 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with counsel for the parties, the Court adopts the following briefing schedule for the parties' post-discovery motion practice:

(1) Plaintiff will serve moving papers by March 8, 2010;

(2) Defendant will serve opposition papers and any cross-motion papers by April 30, 2010;

(3) Plaintiff will serve reply papers, if any, and opposition papers to any cross-motion, if applicable, by June 1, 2010; and,

(4) Defendant will serve cross-motion reply papers, if any, by June 14, 2010.

Dated: New York, New York
January 5, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge